# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

LAW OFFICE OF BRUCE J. CHASAN,     :     No. 89 EAL 2019
LLC AND BRUCE CHASAN, ESQUIRE,     :
    :
          Petitioners     :     Petition for Allowance of Appeal from
    :     the Order of the Superior Court
    :
        v.     :
    :
    :
FREUNSLICH & LITTMAN, LLC AND     :
GREGORY LITTMAN, ESQUIRE,     :
    :
          Respondents     :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 24th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.